# IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | Case No. 1:16-CR-00100-01 |
| Quinn Edwards | ) | |
| | ) | |

## ORDER TERMINATING SUPERVISED RELEASE

The above-named defendant commenced a three-year term of supervised release on August 27, 2021. His term is scheduled to expire on August 26, 2004. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 9th day of Nov, 2022

_____
The Honorable Susan J. Dlott
United States District Judge